ANN K. JOHNSTON (SBN 145022)
ajohnston@bergerkahn.com
TED A. SMITH (SBN 159986)
tsmith@bergerkahn.com
BERGER KAHN
A Law Corporation
300 Tamal Plaza, Suite 215
Corte Madera, CA  94925
Tel:  (415) 891-3321  •  Fax: (415) 891-3322

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LESIA JOHNSON, | CASE NO. C 12-03494 RS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1-30, | Date Action Filed:   May 17, 2012 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  October 22, 2012.                              LAW OFFICE OF ANDREW WOLFF


                                                       BY /s/ Andrew Wolff
                                                          Signature authorized 10/22/12
                                                          Andrew Wolff, Esq.
                                                          Attorneys for Plaintiff
                                                          LESIA JOHNSON
///

Dated:  October 30, 2012.                    BERGER KAHN, A Law Corporation


BY   /s/ Ann K. Johnston
    ANN K. JOHNSTON
    TED A. SMITH
    Attorneys for Defendant
    SAFECO INSURANCE
    COMPANY OF AMERICA


**ORDER**

Pursuant to the stipulation of counsel, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED:   10/31        , 2012

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE