1  ANN K. JOHNSTON (SBN 145022)
   ajohnston@bergerkahn.com
2  TED A. SMITH (SBN 159986)
   tsmith@bergerkahn.com
3  BERGER KAHN
   A Law Corporation
4  300 Tamal Plaza, Suite 215
   Corte Madera, CA  94925
5  Tel:  (415) 891-3321  •  Fax: (415) 891-3322

6  Attorneys for Defendant
   SAFECO INSURANCE COMPANY OF AMERICA
7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 | LESIA JOHNSON, | ) | CASE NO. C 12-03494 RS |
13 | Plaintiff, | ) | **STIPULATION AND ORDER OF DISMISSAL** |
14 | v. | ) | |
15 | SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1-30, | ) | Date Action Filed:   May 17, 2012 |
16 | | ) | |
17 | Defendants. | ) | |

18

19     IT IS HEREBY STIPULATED by and between the parties to this action through

20 their designated counsel that the above-captioned action be and hereby is dismissed with

21 prejudice pursuant to FRCP 41(a)(1).

22

23 Dated:  October 22, 2012.                        LAW OFFICE OF ANDREW WOLFF

24

25                                                  BY /s/ Andrew Wolff
                                                       Signature authorized 10/22/12
26                                                     Andrew Wolff, Esq.
                                                       Attorneys for Plaintiff
27                                                     LESIA JOHNSON

28 ///

1

Stipulation & Order of Dismissal                                   Case No. C 12-03494 RS

Dated: October 30, 2012.                    BERGER KAHN, A Law Corporation


BY   /s/ Ann K. Johnston
    ANN K. JOHNSTON
    TED A. SMITH
    Attorneys for Defendant
    SAFECO INSURANCE
    COMPANY OF AMERICA

## **ORDER**

Pursuant to the stipulation of counsel, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: 10/31, 2012

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE